UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:15-bk-01414-PMG
Chapter 11

WILLIAM C. MYERS and
JESSICA L. MYERS

      Debtors.
_____/

## STIPULATION FOR PLAN TREATMENT OF CLASS THREE (3): FIFTH THIRD MORTGAGE COMPANY C/O SPECIALIZED LOAN SERVICING, LLC

The Debtors, William C. Myers and Jessica L. Myers ("Debtor") and the Creditor, Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC, through their respective undersigned counsel, enter into the following Stipulation for Treatment of Class Three (3):

1. The Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code on March 31, 2015. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor is operating as a Debtor-in-Possession and is managing his assets. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C., Sections 1334 and 157. This is a core matter.

2. On July 26, 2015, the Debtor filed the following: (a) a Plan of Reorganization ("Plan"); and (b) a Disclosure Statement. [Docket Nos. 48 and 47]

3. On February 23, 2016, the Court entered its Order Approving Disclosure Statement, Scheduling Confirmation Hearing, and Fixing Time for Filing Acceptance or Rejection of Plan. [Docket No. 56]

1

4. A Confirmation Hearing will be held on May 11, 2016, at 3:30 p.m.

5. As to the Treatment of Class Three (3), the Debtor, and Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC stipulate and agree as follows:

6. Unless specifically defined or amended in this Stipulation, all other terms, conditions, requirement and definitions utilized in the Debtor's Plan and Disclosure Statement are incorporated herein.

7. The provisions of paragraph 4.3, Class 3, of the Plan shall be deleted and replaced with the following:

4.3 **Class 3: Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC:**

4.3.1 Secured Claim of Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC. Class 3 consists of the secured claim of Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC in the amount of $650,461.00 [Claim No. 2] which is secured by the creditor's lien in real property described as: 693 SW Hamlet Circle, Lake City, Florida 32024; recorded in official public records of Columbia County, Florida at OR Book 1040, Page No. 153 as Instrument Number 2005005515.

4.3.2 The Debtors shall pay the Class 3 Secured Claim of Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC in the amount of $650,461.00 over a 30-year term amortized at 0.00 % per annum in monthly installments of $1,806.84. There shall be no escrow for taxes and insurance as the Debtors are making such payments directly to the tax collector and insurance carrier.

4.3.3 The Debtor in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loan in the Public Records of Columbia County, Florida, to conform to the terms of the confirmed Plan. All default terms will remain the same as were under the original terms of the note.

The Holder of the Class 3 Claim is impaired and entitled to vote to accept or reject the Plan. Nothing contained herein shall prohibit the Debtor from objecting to the Class 3 Claims for any reason.

8.The Debtor and Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC believe this Stipulation is in the best interest of each party and the bankruptcy estate.

9.Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC, as a Class 3 creditor, hereby accepts the Debtor's Plan and agrees to the entry of an Order Confirming Debtor's Plan, as it is presently or may be amended in the future, as long as the treatment of Fifth Third Mortgage Company c/o Specialized Loan Servicing, LLC as outlined in this Stipulation is in effect.

Date: March 18, 2016.

| | |
|---|---|
| Anthony W. Chauncey, Esquire | Austin M. Noel, Esquire |
| Florida Bar No. 75023 | Florida Bar No. 106539 |
| Post Office Box 548 | Post Office Box 22408 |
| Live Oak, Florida 32064 | Tampa, Florida 33622 |
| (386) 364-4445 | (813) 774-6221 |
| Attorney for Debtor | Attorney for Creditor |